IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRADLEY JOHNSON,

    Plaintiff,

v.                                  No. CIV 13-0904 LAM/WPL

UNITED STATES OF AMERICA,
JAMES HASKELL and UNITED
SERVICES AUTOMOBILE ASSOCIATION,

    Defendants.

## ORDER SETTING DEADLINE FOR SERVICE

**THIS MATTER** is before the Court *sua sponte*. On January 24, 2014, the Court ordered Plaintiff to either effect service on Defendant Haskell or show good cause why service has not been made. [*Doc. 13*]. The Court found that Plaintiff's response to the Order to Show Cause was adequate to show good cause why he has not yet served Defendant Haskell. *See* [*Doc. 15*]. Pursuant to Fed. R. Civ. P. 4(m), if a plaintiff shows good cause why a defendant has not been served within 120 days after the complaint is filed, "the court must extend the time for service for an appropriate period." The Court, therefore, will order Plaintiff to serve Defendant Haskell **within thirty (30) days of entry of this Order**.

    **IT IS THEREFORE ORDERED** that Plaintiff must effect service on Defendant Haskell **within thirty (30) days of entry of this Order**.

    **IT IS SO ORDERED.**

                                          _____
                                          **LOURDES A. MARTÍNEZ**
                                          **UNITED STATES MAGISTRATE JUDGE**